(06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9098 | **DATE** | 1/17/2002 |
| **CASE TITLE** | Richard Tevlin vs. Metropolitan Water Reclamation | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly Answer ¶ 2 is stricken, but with leave to file an amendment to the Answer on or before January 25, 2002 that conforms to Rule 8(b).

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JAN 18 2002 | 7 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | CM | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 1/17/2002 | |
| | | date mailed notice | |
| SN | courtroom deputy's initials | 02 JAN 17 PM 4:37 | SN mailing deputy initials |
| | | Date/time received in central Clerk's Office | |



RICHARD TEVLIN,             )
                            )
            Plaintiff,      )
                            )
     v.                     )     No.  01 C 9098
                            )
METROPOLITAN WATER RECLAMATION )
DISTRICT OF GREATER CHICAGO, )
                            )
            Defendant.      )

MEMORANDUM ORDER

Metropolitan Water Reclamation District of Greater Chicago ("District") has filed its Answer and Affirmative Defenses ("ADs") to the Title VII employment discrimination Complaint brought against it by its employee Richard Tevlin ("Tevlin"). Because some aspects of that responsive pleading are problematic, this memorandum order is issued sua sponte to require District's attorney to cure one deficiency identified here.

On that score, Answer ¶2 fails to conform to the requirement of Fed. R. Civ. P. ("Rule") 8(b) that every allegation ("averment" is the term used in the Rule) by a plaintiff must be answered, as well as failing to conform to the disclaimer spelled out by Rule 8(b)'s second sentence as essential to give a responding party the benefit of a deemed denial--in the latter respect, see App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001). Accordingly Answer ¶2 is stricken, but with leave to file an amendment to the Answer on or before January 25, 2002 that conforms to Rule 8(b).

As for the ADs, App. ¶5 to State Farm explains that Rule 8(c) contemplates a defendant's admission of all of a complaint's allegations for that purpose, coupled with an explanation as to why the defendant is still not liable to the plaintiff (or perhaps, as in the case of comparative negligence or mitigation of damages, may be liable for less than the plaintiff claims). In this instance District's ADs are at odds with that concept to some extent, but because they help focus on District's particularized position in opposition to Tevlin's claim they will be left intact without further amendment.

Milton I. Shadur
Senior United States District Judge

Date: January 17, 2002