Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9098 | **DATE** | 6/10/2003 |
| **CASE TITLE** | Tevlin vs. Metropolitan Water | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ___ ___.
(3) ☐ Answer brief to motion due___ ___. Reply to answer brief due___ ___.
(4) ☐ Ruling/Hearing on ___ set for ___ at ___ ___.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ___ ___ set for ___ ___ at ___ ___.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ___ set for ___ at ___ ___.
(7) ☐ Trial[set for/re-set for] on ___ at ___ ___.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ___ ___ at ___ ___.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Tevlin's motion in limine (31-1) is granted in its entirety.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JUN 11 2003 | 34 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials |
| | Copy to judge/magistrate judge. | 03 JUN 10 PM 4:41 | 6/10/2003 date mailed notice |
| SN | courtroom deputy's initials | OT 03-0714 Date/time received in central Clerk's Office | SN mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD TEVLIN,  )
    )
          Plaintiff,  )
    )
v.    )  No.  01 C 9098
    )
METROPOLITAN WATER RECLAMATION  )
DISTRICT OF GREATER CHICAGO,  )
    )
          Defendant.  )

**DOCKETED**

**JUN 1 1 2003**

## MEMORANDUM ORDER

When this Court held its April 2, 2003 conference with counsel for the parties to review their jointly-submitted proposed Final Pretrial Order ("FPTO"), it followed its consistent practice of coupling the approval of the FPTO with the establishment of a timetable for the parties' submission of any motions in limine and the responses to those motions. Each side's counsel adhered to that timetable for advancing his or its own motion in limine, but the motion submitted by defendant Metropolitan Water Reclamation District of Greater Chicago ("District") was so plainly wanting in merit that this Court dispatched it (with one truly minor exception) via a memorandum order issued just two days later.

District's counsel then compounded the felony committed by its own groundless motion by failing to respond to the motion in limine that had been filed on behalf of plaintiff Richard Tevlin ("Tevlin"). Although an April 30 date had been fixed for such a response, District has tendered nothing either then or during the

six weeks since then.

This Court can only assume from such silence that District has no objection to Tevlin's motion. Accordingly that motion (Dkt. No. 31-1) is granted in its entirety.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 10, 2003